■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE F. LUCIEER, Appellant. (Appeal No. 2.) [966 NYS2d 734]—Appeal from a judgment of the Oswego County Court (Walter W. Hafner, Jr., J.), rendered March 24, 2011. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Lucieer* (107 AD3d 1611 [2013]). Present—Centra, J.P., Peradotto, Sconiers, Valentino and Whalen, JJ.